x:\tc51674\appear

WDJ/ls
File No.: TC-51674

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
CARLOS G. ASMAL,

        Plaintiff,

   -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BOSTON PROPERTIES, INC., DEPARTMENT OF
BUSINESS SERVICES, HILLMAN ENVIRONMENTAL
GROUP, LLC., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO, TRIBECA LANDING L.L.C.,
VERIZON COMMUNICATIONS, INC., VERIZON NEW
YORK, INC, AND VERIZON PROPERTIES, INC.,
ET AL,

        Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**07 CV 1462**

C O U N S E L O R S:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
July 12, 2007

                                                                                  /s/ William D. Joyce
                                                                                  WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                                                                  BARRY, McTIERNAN & MOORE
                                                                                  Attorneys for Defendants
                                                                                  STRUCTURE TONE, INC. s/h/a
                                                                                  STRUCTURE TONE (UK), INC. and
                                                                                  STRUCTURE TONE GLOBAL SERVICES, INC.
                                                                                  2 Rector Street – 14th Floor
                                                                                  New York, New York 10006
                                                                                  (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700